UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ALLIED EQUIPMENT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No.: 13-11793 NMG |

ASSENTED TO MOTION TO ALLOW PLAINTIFF
TO FILE AN AMENDED COMPLAINT

Plaintiff now moves to file its First Amended Complaint attached hereto pursuant to Rule 15 (a)(2).  The opposing party has consented to such amendment in writing as required by the Rule.

Dated:  April 24, 2014                                                          Respectfully submitted,
                                                                                              For the Plaintiff,


                                                                                              /s/ Catherine M. Campbell
                                                                                              Catherine M. Campbell, Esq.
                                                                                              BBO # 549397
                                                                                              Feinberg, Campbell & Zack, PC
                                                                                              177 Milk Street, 3rd Floor
                                                                                              Boston, MA 02109
                                                                                              (617) 338-1976


CERTIFICATE OF SERVICE

    I, Catherine M. Campbell, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants.

Dated:  April 24, 2014                                                          /s/ Catherine M. Campbell
                                                                                              Catherine M. Campbell, Esq.